# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 5516 | **DATE** | 4/25/2011 |
| **CASE TITLE** | John Gnutek, et al vs. Illinois Gaming Board, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's objections, if any, to bill of costs to be filed within 14 days. Reply, if any, due 7 days thereafter.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|